UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: _____

CRAIG A. PARSEL,

    Plaintiff,

v.

ORGULLO LATINO LLC, a Florida Limited
Liability Company,

    Defendant.
_____/

## DEFENDANT'S NOTICE OF REMOVAL

PLEASE TAKE NOTICE that Defendant, Orgullo Latino LLC ("Orgullo Latino" or "Defendant"), by and through its undersigned attorneys, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, hereby removes this action from the County Court of the Ninth Judicial Circuit in and for Osceola County, Florida, to the United States District Court for the Middle District of Florida, Orlando Division, and in support of such removal states:

1.    Orgullo Latino is the Defendant in this civil action filed in the County Court of the Ninth Judicial Circuit in and for Osceola County, Florida, on or about December 20, 2018, titled *Craig A. Parsel v. Orgullo Latino LLC, a Florida Limited Liability Company*, Case No. 2018 CA 004133 OC (hereinafter, the "State Court Action").

2.    Plaintiff's Complaint & Demand for Jury Trial ("Complaint") alleges violations of 29 U.S.C. § 207. Because Plaintiff is asserting claims under a federal statute, this action is subject to removal based on federal question jurisdiction pursuant to 28 U.S.C. § 1331.

3.      The Summons and Plaintiff's Complaint in the State Court Action were served upon Defendant via its Registered Agent on January 18, 2019.  (*See* Summons and Complaint attached hereto as ***Exhibit A***).  This removal petition is therefore timely as it is filed within thirty (30) days after receipt of the Summons and Complaint.  *See* 28 U.S.C. § 1446(b).

4.      The events alleged by Plaintiff giving rise to his claims occurred in Osceola County, Florida, as alleged in Paragraph No. 4 of Plaintiff's Complaint.  *See* Pl's Complaint at ¶4.  Thus, venue properly lies in the U.S. District Court for the Middle District of Florida, Orlando Division.

5.      Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders served on Defendant, are attached hereto as composite ***Exhibit A.***

6.      Pursuant to 28 U.S.C. § 1446(d), written notice of the filing of this Notice will be served on Plaintiff, the only adverse party, and a copy of this Notice will also be filed with the County Court of the Ninth Judicial Circuit in and for Osceola County, Florida, a copy of which is attached hereto as ***Exhibit B***.

## **Federal Question Jurisdiction**

7.      This action is properly removable to federal court because Plaintiff's Complaint presents a federal question pursuant to 28 U.S.C. § 1331, inasmuch as Plaintiff alleges violations of rights under 29 U.S.C. § 207.

8.      Therefore, removal is appropriate pursuant to 28 U.S.C. § 1441.

WHEREFORE, on the basis of the foregoing, Defendant, Orgullo Latino LLC, respectfully submits that removal of this action from the County Court of the Ninth Judicial Circuit in and for Osceola County, Florida to this Court is proper.

Dated this 7th day of February, 2019.

                                          Respectfully submitted,

                                          FORD**HARRISON**LLP

                                          */s/ Luis Santos*
                                          Luis A. Santos
                                          Florida Bar No. 084647
                                          lsantos@fordharrison.com
                                          Viktoryia Johnson
                                          Florida Bar No. 0125545
                                          vjohnson@fordharrison.com
                                          lwebber@fordharrison.com

                                          101 East Kennedy Blvd., Suite 900
                                          Tampa, Florida 33602-5133
                                          Telephone: (813) 261-7800
                                          Facsimile: (813) 261-7899

                                          Attorneys for Defendant

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that on February 7, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF filing system and emailed this notice to:

Noah E. Storch<br>
Alexandra R.F. Scala<br>
Richard Cellar Legal, P.A.<br>
7450 Griffin Road, Suite 230<br>
Davie, Florida 33314<br>
Noah@floridaovertimelawyer.com<br>
Alexandra@floridaovertimelawyer.com

                                          */s/ Luis A. Santos*
                                          Attorney

WSACTIVELLP:10335567.1