UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO: 6:19-CV-247-Orl-37KRS

CRAIG A. PARSEL,

    Plaintiff,

v.

ORGULLO LATINO LLC, a Florida Limited
Liability Company,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, CRAIG PARSEL, and Defendant, ORGULLO LATINO, LLC., by and through their undersigned counsels, hereby notify this Court that the Parties have reached a settlement in this case. The Parties are in the process of finalizing the Settlement and request for dismissal with prejudice and anticipate filing same with the Court within the next twenty-one (21) days.

Dated: April 1st, 2019.

Respectfully submitted,

| | |
|---|---|
| */s Richard D. Guadagnolo, Esq.* | */s/ Luis A. Santos* |
| Richard D. Guadagnolo, Esq. | Luis A. Santos |
| Florida Bar No.: 109104 | Florida Bar No. 084647 |
| Noah E. Storch, Esq. | Email: lsantos@fordharrison.com |
| Florida Bar No. 0085476 | Viktoryia Johnson |
| Richard Celler Legal, P.A. | Florida Bar No. 0125545 |
| 10368 West State Road 84, Suite 103 | Email: vjohnson@fordharrison.com |
| Davie, FL 33324 | Ford Harrison, L.L.P |
| Telephone: (866) 344-9243 | 101 East Kennedy Blvd., Suite 900 |
| Facsimile: (954) 337-2771 | Tampa, Florida 33602-5133 |
| E-mail: Rich@floridaovertimelawyer.com | Telephone: (813) 261-7800 |
| 2nd Email: | Facsimile: (813) 261-7899 |
| noah@floridaovertimelawyer.com | |
| *Counsel for Plaintiff* | *Counsel for Defendant* |