UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CRAIG A. PARSEL,

    Plaintiff,

v.                                                              Case No. 6:19-cv-247-Orl-37LRH

ORGULLO LATINO LLC,

    Defendant.
_____

## **ORDER**

Plaintiff initiated this action against his former employer for violating the overtime provisions of the Fair Labor Standards Act ("**FLSA**"), seeking overtime wages and liquidated damages. (*See* Doc. 1-3.) Now before the Court is the parties' renewed joint motion for approval of their FLSA settlement agreement under *Lynn's Food Stores, Inc. v. United States ex rel. United States Department of Labor*, 679 F.2d 1350, 1355 (11th Cir. 1982). (Docs. 23, 23-1.) On referral, U.S. Magistrate Judge Leslie R. Hoffman recommends granting that motion and approving the settlement agreement as fair and reasonable. (Doc. 24 ("**R&R**").)

The parties filed a joint notice of no objection to the R&R. (Doc. 26.) As such, the Court has examined the R&R only for clear error. *See Wiand v. Wells Fargo Bank, N.A.*, No. 8:12-cv-557-T-27EAJ, 2016 WL 355490, at *1 (M.D. Fla. Jan. 28, 2016); *see also Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding no such error, the Court concludes that the R&R is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. U.S. Magistrate Judge Leslie R. Hoffman's Report and Recommendation (Doc. 24) is **ADOPTED, CONFIRMED**, and made a part of this Order.

2. The parties' Renewed Joint Motion to Approve FLSA Settlement and for Dismissal with Prejudice (Doc. 23) is **GRANTED**.

3. The Amended Settlement Agreement and FLSA Release (Doc. 23-1) is **APPROVED**.

4. This action is **DISMISSED WITH PREJUDICE**.

5. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on June 4, 2019.



ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record